**Exhibit A**

Int. Cls.: 29 and 30

Prior U.S. Cl.: 46

Reg. No. 3,601,728

**United States Patent and Trademark Office**  Registered Apr. 7, 2009

## TRADEMARK
## PRINCIPAL REGISTER



HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION (DELAWARE CORPORATION)
4860 ROBB STREET, SUITE 204
WHEAT RIDGE, CO 80033

FOR: PEANUT BUTTER; PEANUT BUTTER TOPPINGS, IN CLASS 29 (U.S. CL. 46).

FIRST USE 12-31-1958; IN COMMERCE 12-31-1958.

FOR: CANDY; CANDY BARS; CONFECTIONERY CHIPS FOR BAKING; PEANUT BUTTER CONFECTIONERY CHIPS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-31-1958; IN COMMERCE 12-31-1958.

OWNER OF U.S. REG. NOS. 1,074,163, 1,928,625 AND OTHERS.

THE COLOR(S) YELLOW AND BROWN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "REESE'S" IN YELLOW STYLIZED SCRIPT LETTERS KEY LINED IN THE COLOR BROWN.

SER. NO. 77-545,117, FILED 8-12-2008.

NICHOLAS COLEMAN, EXAMINING ATTORNEY

# United States Patent Office

925,609
Registered Dec. 14, 1971

## PRINCIPAL REGISTER
### Trademark

Ser. No. 372,548, filed Oct. 5, 1970



H. B. Reese Candy Co., Inc. (Delaware corporation)
Hershey, Pa.  17033

For: PEANUT BUTTER CUPS, in CLASS 46 (INT. CL. 30).
First use Dec. 15, 1969; in commerce Dec. 15, 1969.
The terms "Milk Chocolate" and "Peanut Butter Cups" are disclaimed apart from the mark as shown.
The drawing is lined for the colors orange, brown, and yellow.
Owner of Reg. Nos. 554,995 and 878,315.

P. P. GRALNICK, Examiner

Int. Cl.: 30

Prior U.S. Cl.: 46

United States Patent and Trademark Office

Reg. No. 3,631,320
Registered June 2, 2009

## TRADEMARK
### PRINCIPAL REGISTER



HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION (DELAWARE CORPORATION)
4860 ROBB STREET, SUITE 204
WHEAT RIDGE, CO 80033

FOR: CANDY; CONFECTIONERY CHIPS FOR BAKING, IN CLASS 30 (U.S. CL. 46).

FIRST USE 2-28-2003; IN COMMERCE 2-28-2003.

OWNER OF U.S. REG. NOS. 1,074,163, 3,492,642 AND OTHERS.

THE COLOR(S) YELLOW, BROWN AND ORANGE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "REESE'S" IN YELLOW STYLIZED SCRIPT LETTERS KEY LINED IN THE COLOR BROWN ON AN ORANGE SWIRL DESIGN BACKGROUND.

SER. NO. 77-618,514, FILED 11-20-2008.

REBECCA EISINGER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,330,229
Registered May 7, 2013
Int. Cl.: 30

**TRADEMARK**

**PRINCIPAL REGISTER**



*Acting Director of the United States Patent and Trademark Office*

HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION (DELAWARE CORPORATION)
SUITE 204
4860 ROBB STREET
WHEAT RIDGE, CO 80033

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 0-0-2008; IN COMMERCE 0-0-2008.

OWNER OF U.S. REG. NOS. 1,074,163, 3,601,728 AND OTHERS.

THE COLOR(S) ORANGE, BROWN, YELLOW AND BEIGE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MILK CHOCOLATE", "2 PEANUT BUTTER CUPS", AND THE DESIGN OF THE CANDY, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF "REESE'S" IN YELLOW STYLIZED SCRIPT LETTERS OUTLINED IN THE COLOR BROWN ABOVE THE WORDS "2 PEANUT BUTTER CUPS" IN YELLOW LETTERS, A STYLIZED PARTIAL DESIGN LOGO OF AN ELONGATED SIDE OF A PEANUT BUTTER CUP, A PARTIALLY EATEN STYLIZED DESIGN OF A PEANUT BUTTER CUP, AND THE WORDS "MILK CHOCOLATE" ALL ON AN ORANGE BACKGROUND. THE MARK CONSISTS OF THE COLORS ORANGE, BROWN, YELLOW AND BEIGE WITH THE COLOR ORANGE APPEARING AS BACKGROUND FOR THE ENTIRE MARK, THE COLOR BROWN APPEARING IN THE PARTIAL STYLIZED DESIGN OF A PEANUT BUTTER CUP, IN THE ELONGATED SIDE VIEW OF A STYLIZED PEANUT BUTTER CUP, AND IN THE WORDS "MILK CHOCOLATE"; THE COLOR YELLOW APPEARING IN "REESE'S" AND IN THE WORDS "2 PEANUT BUTTER CUPS"; WITH THE COLOR BEIGE APPEARING IN THE DESIGN OF THE PEANUT BUTTER CUP FILLING. THE OUTER DOTTED LINES SHOW PLACEMENT OF THE MARK AND ARE NOT PART OF THE MARK.

SER. NO. 85-459,483, FILED 10-28-2011.

LAURIE KAUFMAN, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,256,226
Registered June 29, 1999

## TRADEMARK
### PRINCIPAL REGISTER



HOMESTEAD, INC. (DELAWARE CORPORATION)
111 CONTINENTAL DRIVE, SUITE 309
NEWARK, DE 19713

FOR: CANDY AND CONFECTIONERY CHIPS FOR BAKING WITH PEANUT BUTTER AS THE CHARACTERIZING FLAVOR OR AS ONE OF VARIOUS CHARACTERIZING FLAVORS, EXCLUDING CANDY OR CONFECTIONERY CHIPS FOR BAKING WHICH ARE EITHER ORANGE IN COLOR OR ORANGE FLAVORED, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-15-1969, FIRST USED IN ANOTHER FORM IN 1952; IN COMMERCE 12-15-1969, FIRST USED IN COMMERCE IN ANOTHER FORM IN 1952.

OWNER OF U.S. REG. NOS. 925,609 AND 1,574,070.

THE MARK IS LINED FOR THE COLOR ORANGE.

THE MARK CONSISTS OF AN ORANGE-COLORED BACKGROUND COVERING THE ENTIRETY OF THE PACKAGING FOR THE GOODS. THE ORANGE COLOR IS APPROXIMATELY EQUIVALENT TO PANTONE 165C. THE MARK CONSISTS OF COLOR ALONE. THE BROKEN LINES INDICATE THE POSITION OF THE MARK AND DO NOT FORM PART OF THE MARK.

SEC. 2(F).

SER. NO. 75-143,720, FILED 8-1-1996.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 443,802
Registered Mar. 7, 1950
Renewal Approved Dec. 18, 1989

## TRADEMARK
## PRINCIPAL REGISTER

# Almond Joy

CADBURY SCHWEPPES INC. (DELAWARE CORPORATION)
HIGH RIDGE PARK
STAMFORD, CT 06905, BY MERGER AND CHANGE OF NAME PETER PAUL, INC. (DELAWARE CORPORATION) NAUGATUCK, CT

THE WORD "ALMOND" IS HEREBY DISCLAIMED APART FROM THE REST OF THE MARK AS SHOWN.

FOR: CANDY, IN CLASS 46 (INT. CL. 30).

FIRST USE 12-10-1945; IN COMMERCE 12-10-1945.

SER. NO. 71-499,273, FILED 3-29-1946.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 30, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,125,366**
**Registered Apr. 10, 2012**
**Int. Cl.: 30**

**TRADEMARK**
**PRINCIPAL REGISTER**

CADBURY IRELAND LIMITED (IRELAND CORPORATION)
MALAHIDE ROAD COOLOCK
DUBLIN, IRELAND 5

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 5-31-2005; IN COMMERCE 5-31-2005.

OWNER OF U.S. REG. NOS. 443,802, 3,689,023 AND OTHERS.

THE COLOR(S) MEDIUM BLUE, LIGHTER BLUE, BROWN, WHITE, RED, GREEN AND TAN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ALMOND" AND "MILK CHOCOLATE COCONUT & ALMONDS" AND "THE PICTORIAL REPRESENTATION OF ALMONDS", APART FROM THE MARK AS SHOWN.

THE NAME "PETER PAUL" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE WORDING "PETER PAUL" IN WHITE INSIDE A RED OVAL. THIS IS ABOVE THE WORDING "ALMOND JOY" IN BROWN LETTERING WITH WHITE OUTLINING. THE LETTER "O" IN "JOY" IS REPLACED BY A BROWN AND WHITE HALF COCONUT. THE WORDING "MILK CHOCOLATE COCONUT & ALMONDS" APPEARS IN BROWN ON A TAN BANNER. THE BANNER IS BELOW THE WORDING "ALMOND JOY". A DESIGN OF TWO BROWN ALMONDS AND GREEN PALM LEAVES APPEARS TO THE RIGHT OF THE BANNER. THE BACKGROUND CONTAINS A WHITE AND BROWN HALF OPEN COCONUT, LIGHTER BLUE SHADING, AND MEDIUM BLUE PALM TREES. THE DOTTED LINES INDICATE THE POSITIONING OF THE MARK AND ARE NOT PART OF THE MARK.

SER. NO. 85-389,699, FILED 8-4-2011.

SETH A. RAPPAPORT, EXAMINING ATTORNEY

*David J. Kappos*
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

## HEATH

| | |
|---|---|
| **Reg. No. 1,404,302** | HUHTAMAKI FINANCE B.V. (NETHERLANDS LIMITED LIABILITY COMPANY) |
| **Registered Aug. 5, 1986** | BURGEMEESTER RIJINDERSLAAN 26, P.O. BOX 49 |
| **New Cert. July 16, 2013** | 1180 AMSTELREEN, NETHERLANDS |
| **Int. Cl.: 30** | FOR: CANDY AND ICE CREAM, IN CLASS 30 (U.S. CL. 46). |
| | FIRST USE 3-1-1932; IN COMMERCE 3-1-1932. |
| **TRADEMARK** | OWNER OF U.S. REG. NOS. 936,184, 1,010,172 AND OTHERS. |
| **PRINCIPAL REGISTER** | SER. NO. 73-576,246, FILED 1-3-1986. |



Acting Director of the United States Patent and Trademark Office



# HEATH

| | |
|---|---|
| **Reg. No. 3,840,907** | HUHTAMAKI FINANCE B.V. (NETHERLANDS LIMITED LIABILITY COMPANY) |
| **Registered Aug. 31, 2010** | JUPITERSTRAAT 102<br>2132 HE HOOFDDORP, NETHERLANDS |
| **Corrected Sep. 18, 2012** | FOR: CANDY FOR USE AS AN INGREDIENT IN ICE CREAM AND BAKED PRODUCTS, IN CLASS 30 (U.S. CL. 46). |
| **Int. Cl.: 30** | FIRST USE 1-23-1989; IN COMMERCE 1-23-1989. |
| **TRADEMARK** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| **PRINCIPAL REGISTER** | OWNER OF U.S. REG. NOS. 1,404,302, 1,572,237 AND 3,309,793. |
| | SER. NO. 77-921,003, FILED 1-27-2010. |



Director of the United States Patent and Trademark Office

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 564,557
Registered Sep. 30, 1952
Renewal Term Begins Sep. 30, 1992

## TRADEMARK
## PRINCIPAL REGISTER



CADBURY BEVERAGES INC. (DELAWARE CORPORATION)
HIGH RIDGE PARK
STAMFORD, CT 069050800, BY ASSIGNMENT, ASSIGNMENT, MERGER AND CHANGE OF NAME, MERGER AND CHANGE OF NAME, AND CHANGE OF NAME FROM YORK CONE COMPANY (PENNSYLVANIA CORPORATION) YORK, PA

OWNER OF U.S. REG. NOS. 294,456 AND 295,621.

SEC. 2(F).

FOR: PEPPERMINT PATTIE MINT (CANDY), IN CLASS 46 (INT. CL. 30).

FIRST USE 1-28-1922; IN COMMERCE 1-28-1922.

SER. NO. 71-573,697, FILED 2-10-1949.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 8, 1992.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**  Reg. No. 1,644,557
Registered May 14, 1991

## TRADEMARK
### PRINCIPAL REGISTER



CADBURY SCHWEPPES INC. (DELAWARE CORPORATION)
HIGH RIDGE PARK
STAMFORD, CT 069050800

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 1-28-1922; IN COMMERCE 1-28-1922.

OWNER OF U.S. REG. NOS. 564,557 AND 1,571,192.
THE DRAWING IS LINED FOR THE COLOR BLUE.

SER. NO. 74-067,397, FILED 6-11-1990.

CAROLYN GRAY, EXAMINING ATTORNEY

**Exhibit B**

**EXHIBIT B**



Case 1:14-cv-01564-WYD   Document 1-1   Filed 06/03/14   USDC Colorado   Page 15 of 19



Enter the first Fans World Cup on Instagram. Support your country!

 481 Li

 18k g+1



VIEWER  STATISTICS  MANAGE  PROMOTE

 SIGN IN WITH INSTAGRAM

Users and #

HELP / FEEDBACK



NEW to our Old School Candy line! #tincturebelle #200mg #old-school #edibles #medibles #coloradommj #highmindedmovement #highsociety #cannabisculture #ganjatreats #dank

7.05 pm 3/1/2013    Hefe

**Shop Amazon - Best Selling Products**



**thetincturebelle**
TinctureBelle

highsociety  200mg  old  medibles  dailydose
cannabisculture  highmindedmovement  dank
lifestyle  growconnection  coloradommj
ganjatreats  edibles  tincturebelle

 38 Like

loudnthtrillo   yabadabadodankiedoodledandy
jadedjosie   smashton_kusher   > VIEW ALL

 4 Comments   > VIEW ALL

 **milkwp**   about a year ago
I need at least 50! Those are awesome!

 **tony_lydon**   about a year ago
I NEED!!!!!!!

 **standrewsxhipoint**   6 months ago
Need these at the shop! What's your email?

Not yet IG user? add a comment with Facebook

Updated Every Hour. Shop Now.

[www.amazon.com](www.amazon.com)

Add a comment...

**Comment using...**



### ICONOSQUARE
formerly Statigram

5 rue des Arènes

87000 Limoges

FRANCE

### ABOUT

Blog

Company

Careers

Helpdesk

### PRODUCTS

Fans World Cup

Instagram Web viewer

Statistics

Promote your Instagram

Contest

Iconosquare Index

### LEGAL

Terms of use

Privacy policy

Paid apps T&C

**PARTNERS**

HootSuite

Instagramers

© 2014 Tripnity - All rights reserved
Made in Limoges, Limousin, FR.

6/2/2014                                          Instagram photo by @thetincturebelle (TinctureBelle) | Iconosquare







    VIEWER    STATISTICS    MANAGE    PROMOTE     SIGN IN WITH INSTAGRAM

Users and # 

HELP / FEEDBACK



 **thetincturebelle**
TinctureBelle

 20 Like

coloradolivin719   bbb0513   domsk813   lizzni

**> VIEW ALL**

 0 Comments

**Not yet IG user? add a comment with Facebook**

Add a comment…

Comment using…

Facebook social plugin

New Packaging!

7.09 pm 4/17/2013

**Shop Amazon - Best Selling Products**
Updated Every Hour. Shop Now.

www.amazon.com                                                                      Ad by Luminate

     



## ICONOSQUARE
formerly Statigram

5 rue des Arènes

87000 Limoges

FRANCE

## ABOUT

Blog

Company

Careers

Helpdesk

## PRODUCTS

Fans World Cup

Instagram Web viewer

Statistics

Promote your Instagram

Contest

Iconosquare Index

## LEGAL

Terms of use

Privacy policy

Paid apps T&C

   

### PARTNERS

HootSuite

Instagramers

© 2014 Tripnity - All rights reserved
Made in Limoges, Limousin, FR.