IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01564-WYD-MJW

THE HERSHEY COMPANY and
HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION,

Plaintiff(s),

v.

TINCTUREBELLE, LLC, and
TINCTUREBELLE MARIJUANKA LLC,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling Conference (Docket No. 14) is granted in part as follows.  The Scheduling Conference set on July 28, 2014, at 9:00 a.m., is VACATED and RESET on August 28, 2014, at 9:30 a.m.  The proposed Scheduling Order shall be filed on or before August 21, 2014.

Date: July 21, 2014