IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01564-WYD-MJW

THE HERSHEY COMPANY and
HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION,

Plaintiff(s),

v.

TINCTUREBELLE, LLC, and
TINCTUREBELLE MARIJUANKA LLC,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Second Unopposed Motion to Vacate Scheduling Conference (docket no. 18) is GRANTED finding good cause shown.  The Rule 16 Scheduling Conference set on August 28, 2014, at 9:30 a.m. is VACATED and reset to September 29, 2014, at 9:00 a.m.  The parties shall file either their Stipulation for Dismissal or their proposed Scheduling Order with this court on or before September 22, 2014.  There will be no further continuances of the Rule 16 Scheduling Conference.

Date: August 15, 2014